UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19 CR 755 HEA (JMB) |
| | ) | |
| FLOYD BARBER, | ) | |
| LARENTA JONES, | ) | |
| STEPHAN JONES, and | ) | |
| JERELL HENDERSON, | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES OF AMERICA'S**
**NOTICE OF INTENT TO NOT SEEK THE DEATH PENALTY**

COMES NOW the United States of America and hereby notifies the Court and each co-defendant that it has been directed by the United States Attorney General to *not* seek the death penalty against each co-defendant.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ Thomas Rea
THOMAS REA, #53245MO
Assistant United States Attorneys
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
(314) 539-2200

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Thomas Rea
THOMAS REA